UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENIO PEJI, | No. 2: 13-cv-2647 KJM KJN P |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| CDCR, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  The undersigned has separately issued an order screening plaintiff's complaint.

Named as a defendant in the complaint is the California Department of Corrections and Rehabilitation ("CDCR").  In the order screening the complaint, the undersigned found that plaintiff's claims against defendant CDCR were barred by the Eleventh Amendment.  For the reasons discussed in the screening order, the undersigned recommends that defendant CDCR be dismissed.

Accordingly, IT IS HEREBY RECOMMENDED that defendant CDCR be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections

1

1  with the court and serve a copy on all parties.  Such a document should be captioned
2  "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that
3  failure to file objections within the specified time may waive the right to appeal the District
4  Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  January 15, 2014

pej2647.56

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE