UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENIO PEJI, | No. 2:13-cv-2647 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| CDCR, et al., | |
| Defendants. | |

    Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On February 6, 2014, the court issued an order screening plaintiff's complaint. (ECF No. 14.) The court dismissed the claims against defendant California Department of Corrections and Rehabilitation ("CDCF") with thirty days to file an amended complaint. The court found that the allegations in the complaint were sufficient to state a potentially cognizable claim against defendants Dhillon, Rading and Clark. The court ordered that if plaintiff did not file an amended complaint, the court would transmit the forms plaintiff previously submitted for service of these defendants to the United States Marshal for service of process.

    Thirty days passed and plaintiff did not file an amended complaint. Accordingly, the court finds that plaintiff has voluntarily dismissed defendant CDCR by failing to file an amended complaint. Fed. R. Civ. P. 41(a). The court separately orders service of defendants Dhillon,

1

Rading and Clark.

Accordingly, IT IS HEREBY ORDERED that defendant CDCR is dismissed.

Dated: March 19, 2014

Pej2647.ser

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE